# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

United States of America
v.
Javion L. Johnson
*Defendant*

Case No. 22-CR-254

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Javion L. Johnson ,
who is accused of an offense or violation on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Pretrial Release Violation Petition
☐ Violation Notice ☐ Order of Court

This offense is briefly described as follows:
Violations of the conditions of supervised release 18 U.S.C. §3583

Date: November 24, 2025

s/ *Ross M.*
*Issuing officer's signature*

City and State: Milwaukee, Wisconsin

LINDA M. KLEMM, Clerk, U.S. District Court
By: Ross M., Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 11/24/2025 , and the person was arrested on *(date)* 10/19/26
at *(city and state)* Milwaukee, WI .

Date: 10/19/26

[signature]
*Arresting officer's signature*

DUSM Brandon Depies
*Printed name and title*