# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**JAVION L JOHNSON**

**INITIAL APPEARANCE**
**on Alleged Violation(s) of Supervised Release**

CASE NUMBER **22-CR-254**

---

HONORABLE NANCY JOSEPH, presiding
Deputy Clerk: Ross M.
Hearing Held: October 19, 2026 at 2:30 p.m.

Court Reporter: Liberty
Hearing Began: 2:38 p.m.
Hearing Ended: 2:59 p.m.

**Appearances:**
UNITED STATES OF AMERICA by: Lisa Wesley
JAVION L JOHNSON, in person, and by: Craig Albee ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: LeKeasha Mallett
INTERPRETER: ☑ None ☐ Sworn

---

☑ Defendant advised of rights
☑ Defendant advised of alleged violation(s) of supervised release

---

☑ Revocation hearing before Judge **Lynn Adelman** on **November 13, 2026** at **10:00 a.m.**

---

☑ Defendant is ordered detained pending revocation hearing (*See* Order of Detention Pending Revocation Hearing)

---

Government requesting detention. Defendant requesting release to a suitable residence once that is established.

DEFENSE
- Most serious allegations not proven.
- Was found guilty of misdemeanor obstruction of justice.
- Served his time in state court for this conduct.
- Spent close to a year in custody.
- Likely around the guidelines for the violations alleged in this matter.
- Defendant was late to some therapy meetings but never missed meeting probation agent.
- Defendant would be held for a time above what would be imposed if he is detained.
- Defendant incarceration should not be extended.
- Asking for release pending a suitable residence being found.

GOVERNMENT
- Defendant failed to appear at two separate therapy sessions.
- Officers observed defendant with a firearm during incident of alleged violation.
- Defendant charged with felony identity theft in Eau Claire.
- Failure to appear and history of drug use.
- Defendant has prior offenses which involved firearms.
- Defendant was revoked in past sentences and absconded for seven months in one incident.

DEFENSE
- Government repeating allegations that weren't proven in state court.
- Strong risk of overserving sentence.

GOVERNMENT
- Defendant did not miss one of the court dates cited because he was in custody.

COURT
- Court orders defendant detained pending final revocation hearing.
- Court has concerns about defendant overserving time.
- Parties are to contact Judge Adelman's chambers about expediting the final revocation hearing date.
- If Judge Adelman is not able to schedule an earlier hearing and defendant has an approved release residence the court will consider release prior to the final revocation hearing date.

Defendant signs waiver of preliminary hearing in open court.