**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA**,

Plaintiff,

v. Case No. 22-CR-254

**JAVION L. JOHNSON**

Defendant.

---

## ORDER OF DETENTION PENDING REVOCATION HEARING

---

On October 19, 2026, the Court conducted an initial appearance of the defendant, Javion L. Johnson, upon his arrest on a warrant for violating the conditions of his supervised release. The government is seeking detention. The defendant proffers release with conditions. The pretrial services report indicates that the defendant poses a risk of nonappearance and of being a danger to the community and, therefore, recommends that the defendant be detained pending his revocation hearing.

As stated on the record during his initial appearance, the defendant failed to show by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or to the community. *See* 18 U.S.C. § 3143(a)(1); Fed R. Crim. P. 32.1(a)(6). Accordingly, the Court will order that the defendant be detained pending his revocation hearing.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the defendant , Javion L. Johnson, is committed to the custody of the United States Marshals Service pending further proceedings before United States District Judge Lynn Adelman.

Dated October 19, 2026 at Milwaukee, Wisconsin.

**BY THE COURT:**

s/ *Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge